UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
ARGI EXOTIC TRADING, INC.,

              Plaintiff,

  -against-

NEW MAN DESIGNED SYSTEMS, LTD.,
dba FRED'S ORGANIC FOODS, FRED
NEWMAN, MYRNA NEWMAN,

             Defendants.
----------------------------------------------------------------- x

**ORDER**
07-CV-0049 (NG) (MDG)

**GERSHON, United States District Judge:**

No objections having been filed, the unopposed Report and Recommendation of Judge Marilyn D. Go is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment for plaintiff against defendants, jointly and severally, in the amount of $10,705.22, comprised of $4,637.50 in damages, $5,513.92 in attorneys' fees and costs, and $553.80 in interest through June 11, 2008. The Clerk of Court is also directed to close this case.

SO ORDERED.

s/NG

**NINA GERSHON**
**United States District Judge**

Dated: June 11, 2008
       Brooklyn, New York